1 | David R. Ongaro (State Bar No. 154698)
dongaro@ongaropc.com
2 | Glen Turner (State Bar No. 212417)
gturner@ongaropc.com
3 | ONGARO PC
50 California Street, Suite 3325
4 | San Francisco, CA  94111
Telephone:    (415) 433-3900
5 | Facsimile:     (415) 433-3950

6 | Attorneys for Plaintiff WAYNE RUDEN

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| WAYNE RUDEN, | Case No. 4:15-cv-05189-JSW |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING **AS MODIFIED** PLAINTIFF WAYNE RUDEN'S MOTION TO ADVANCE HEARING DATE ON MOTION TO REMAND **TO BE HEARD WITH PENDING MOTIONS** |
| vs. | |
| C.R. BARD, INC., a New Jersey corporation, BARD PERIPHERAL VASCULAR, INC., (a subsidiary and/or division of defendant C.R. BARD, INC.) an Arizona corporation, CALIFORNIA PACIFIC MEDICAL CENTER, and DOES 1-100 INCLUSIVE, | Complaint Filed:  October 7, 2015 |
| Defendants. | |

The motion of plaintiff WAYNE RUDEN to advance the hearing date on his motion to remand this matter to the San Francisco Superior Court was presented to this Court and the Court, after consideration of all papers, and, pursuant to Local Rule 6-3, issues the following order without requiring further briefing or a hearing:

Plaintiff's Motion to Remand is hereby set for hearing on January ~~8,~~ **22** 2016, at 9 a.m.

Any Oppositions are to be filed by December 21, 2015.

///

1
**[~~PROPOSED~~] ORDER GRANTING PLAINTIFF WAYNE RUDEN'S MOTION TO CHANGE HEARING DATE ON MOTION TO REMAND**

1 | Any Replies are to be filed by December 28, 2015.

2 | All motions currently set on January 9, 2016 for hearing shall be CONTINUED to January 22, 2016 to be heard together.

**IT IS SO ORDERED**

Dated: December 10, 2015     By: _____
Honorable Jeffrey S. White
UNITED STATES DISTRICT JUDGE

2
**[PROPOSED] ORDER GRANTING PLAINTIFF WAYNE RUDEN'S MOTION TO CHANGE HEARING DATE ON MOTION TO REMAND**